IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00161-REB-BNB

HEATHER PANDOLFO,

Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Amendment to Pleadings** [docket no. 13, filed April 5, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the caption of this matter is to reflect the plaintiff as "Heather Nelson" on all future filings, and the Clerk of the Court is to also make the change to the caption.

DATED:  April 6, 2007