IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00161-REB-BNB

HEATHER NELSON,

Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **September 10, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER ORDERED that the motion hearing set for August 29, 2007, at 3:00 p.m., is VACATED.

Dated August 27, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge